# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HIGH FREQUENCY TRADING SYSTEMS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GAIN CAPITAL HOLDINGS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:15-cv-1708-RWS |

## **FINAL JUDGMENT**

Pursuant to the Order Granting Plaintiff High Frequency Trading Systems LLC's Motion for Dismissal with Prejudice, the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

**SIGNED this 13th day of June, 2016.**

　　　　　　　　　　　　　　　　　　　　　　　*Robert W. Schroeder III*
　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE